2013–0623.   State v. Maynard.
Franklin App. No. 11AP–697, 2013-Ohio-802.

## RECONSIDERATION OF PRIOR DECISIONS

**2013–0152.   Bank of New York v. Elliot.**
Cuyahoga App. Nos. 97506 and 98179, 2012-Ohio-5285. Reported at 135 Ohio St.3d 1406, 2013-Ohio-1506, 986 N.E.2d 24. On motion for reconsideration. Motion denied.

**2013–0270.   State v. Blair.**
In Habeas Corpus. Reported at 134 Ohio St.3d 1505, 2013-Ohio-1123, 984 N.E.2d 1100. On motion to reopen habeas corpus and objection of dismissal. Motion denied. On motion for oral argument. Motion denied. On motion to certify record. Motion denied.

## CASE ANNOUNCEMENTS

*June 6, 2013*

[Cite as *06/06/2013 Case Announcements*, 2013-Ohio-2322.]

## MOTION AND PROCEDURAL RULINGS

**In re Brock.**
On January 17, 2013, this court found Dennis R. Brock to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Brock was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 31, 2013, Brock presented a motion for leave to file a writ of habeas corpus challenging the jurisdiction of the Hancock County Common Pleas Court in case No. 2005CR226.

It is ordered by the court that the motion for leave to file is denied.

**2012–1611.   State v. Wine.**
Auglaize App. No. 2–12–01, 2012-Ohio-2837. This cause is pending before the court as an appeal from the Court of Appeals for Auglaize County.

Upon consideration of appellant's motion to have the clerk of this court release his passport to him, it is ordered by the court that the motion is denied.

It is further ordered by the court that the clerk shall return the passport to the clerk of the trial court. Appellant may then file a motion for release of his passport with the trial court for consideration of whether the release of his passport is appropriate.

**2013–0109.   State v. White.**
Lucas App. No. L–10–1194, 2013-Ohio-51. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of Deborah Kovac Rump's motion to withdraw as counsel for appellee, it is ordered by the court that the motion is granted.

**2013–0622.   Chiquita Brands Internatl., Inc. v. Natl. Union Fire Ins. Co. of Pittsburgh, PA.**
Hamilton App. No. C–120019, 2013-Ohio-759. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motions for admission pro hac vice of Robert Long, William P. Skinner, Mark Mosier, Barbara I. Michaelides, Agelo L. Reppas, and Richard H. Nicolaides Jr., it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.